

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Brian Shanklin and Todd Rimmer  **V.**  Bassoe Offshore (USA), Inc.,
Mike Smith, and Jonathan Fairbanks

Appellate case number:    01-12-00563-CV

Trial court case number:   0914340

Trial court:              127th District Court of Harris County

Date motion filed:        June 12, 2013

Party filing motion:      Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: <u>/s/ Terry Jennings</u>
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale

Date: <u>July 9, 2013</u>